**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 44 EAL 2019

             Respondent         :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

             v.                 :

                                 :

MIKECHEL BROOKER,           :

             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.